**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: Ender Ozturk  :  Chapter: 7
                     :
    Debtor(s)        :  Bankruptcy No.: 18-13772 JKF
                     :
                     :

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at two (2) scheduled §341 Meetings of Creditors on 7/25/18 and 8/21/18.

DATED this 10th day of September 2018.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
    Maria Borgesi
    Paralegal