**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| **Ender Ozturk,** | : | |
| Debtor. | : | Case No. 18-13772 (JKF) |

### ORDER TO SHOW CAUSE
### WHY DEBTOR'S CASE
### <u>SHOULD NOT BE DISMISSED</u>

**AND NOW**, this 11th day of September, 2018, the court having been apprised that the debtor(s) has failed to appear for a scheduled section 341(a) meeting,

It is hereby ordered that the debtor(s) shall appear in Bankruptcy Courtroom No. 3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania on **October 10, 2018 at 12:30 p.m.** to show cause why debtor's bankruptcy case should not be dismissed for debtor's failure to appear at the previously scheduled first meeting of creditors.

It is further ordered that if the debtor(s) fails to appear at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Debtor**

Ender Ozturk
6995 Curtis Avenue
Levittown, PA 19057

**Debtor's Counsel**

Demetri A. Braynin, Esquire
Starfiled & Smith, P.C.
1300 Virginia Drive, Suite 325
Fort Washington, PA 19034

**Chapter Trustee**

Bonnie B. Finkel, Esquire
P.O. Box 1710
Cherry Hill, NJ 08034

**Office of the U.S. Trustee**

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107