United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13772-jkf
Ender Ozturk                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR              Page 1 of 1           Date Rcvd: Sep 11, 2018
                          Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
db             +Ender Ozturk,    6995 Curtis Avenue,    Levittown, PA 19057-4503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID I. GRUNFELD   on behalf of Creditor   Law Offices of Carol E. Cardonick, P.C.
               dgrunfeld@astorweiss.com,   jcrismond@astorweiss.com
              DEMETRI A. BRAYNIN    on behalf of Debtor Ender   Ozturk dbraynin@starfieldsmith.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Ender Ozturk, | : | |
| Debtor. | : | Case No. 18-13772 (JKF) |

## ORDER TO SHOW CAUSE
## WHY DEBTOR'S CASE
## <u>SHOULD NOT BE DISMISSED</u>

**AND NOW**, this 11th day of September, 2018, the court having been apprised that the debtor(s) has failed to appear for a scheduled section 341(a) meeting,

It is hereby ordered that the debtor(s) shall appear in Bankruptcy Courtroom No. 3, United States Courthouse, 900 Market Street, Philadelphia, Pennsylvania on **October 10, 2018 at 12:30 p.m.** to show cause why debtor's bankruptcy case should not be dismissed for debtor's failure to appear at the previously scheduled first meeting of creditors.

It is further ordered that if the debtor(s) fails to appear at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**Debtor**
Ender Ozturk
6995 Curtis Avenue
Levittown, PA 19057

**Debtor's Counsel**
Demetri A. Braynin, Esquire
Starfiled & Smith, P.C.
1300 Virginia Drive, Suite 325
Fort Washington, PA 19034

**Chapter Trustee**
Bonnie B. Finkel, Esquire
P.O. Box 1710
Cherry Hill, NJ 08034

**Office of the U.S. Trustee**
George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107