# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Ender Ozturk | Debtor(s) | CHAPTER 7 |
| Ditech Financial LLC<br><br>            vs. | Movant | NO. 18-13772 JKF |
| Ender Ozturk | Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel | Trustee | |

## ORDER

AND NOW, this  1st   day of   October  , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the Automatic Stay, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is lifted with respect to the subject premises located at 6995 Curtis Avenue, Levittown, PA 19057 ("Property), as to Movant, its successors or assignee.

_____
United States Bankruptcy Judge.

Ender Ozturk
6995 Curtis Avenue
Levittown, PA 19057

Demetri A. Braynin, Starfiled & Smith, P.C.
1300 Virginia Drive, Suite 325
Fort Washington, PA 19034

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532