United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13772-jkf
Ender Ozturk                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Oct 02, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             +Ender Ozturk,    6995 Curtis Avenue,    Levittown, PA 19057-4503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net,    NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DAVID I. GRUNFELD    on behalf of Creditor    Law Offices of Carol E. Cardonick, P.C.
               dgrunfeld@astorweiss.com,    jcrismond@astorweiss.com
              DEMETRI A. BRAYNIN    on behalf of Debtor Ender   Ozturk dbraynin@starfieldsmith.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              SARAH K. MCCAFFERY    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               smccaffery@squirelaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Ender Ozturk | | CHAPTER 7 |
| | Debtor(s) | |
| Ditech Financial LLC | Movant | NO. 18-13772 JKF |
| vs. | | |
| Ender Ozturk | Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel | Trustee | |

**ORDER**

AND NOW, this 1st day of October, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the Automatic Stay, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is lifted with respect to the subject premises located at 6995 Curtis Avenue, Levittown, PA 19057 ("Property), as to Movant, its successors or assignee.

_____
United States Bankruptcy Judge.

Ender Ozturk
6995 Curtis Avenue
Levittown, PA 19057

Demetri A. Braynin, Starfiled & Smith, P.C.
1300 Virginia Drive, Suite 325
Fort Washington, PA 19034

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532