## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Ender Ozturk | : | |
| | : | |
| Debtor(s). | : | Bankruptcy No.  18-13772-JKF |

### ORDER DISMISSING CASE

AND NOW, this /8th day of October 2018, the Court having conducted a

hearing with respect to its Order to Show Cause Why Case Should Not Be Dismissed in the

above-captioned Chapter 7 case for failing to appear at two scheduled Meetings of Creditors,

it is hereby

ORDERED that this case is dismissed.

JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee