United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ender Ozturk                                                          Case No. 18-13772-jkf
        Debtor                                                        Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: CarolP          Page 1 of 2          Date Rcvd: Oct 11, 2018
                             Form ID: pdf900        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
```
db         +Ender Ozturk,   6995 Curtis Avenue,   Levittown, PA 19057-4503
cr         +Law Offices of Carol E. Cardonick, P.C.,   c/o David I. Grunfeld, Esquire,
            Astor Weiss Kaplan & Mandel, LLP,   200 South Broad Street,   Suite 600,
            Philadelphia, PA 19102-3813
cr          Wilmington Savings Fund Society, FSB, d/b/a Christ,   C/O Rushmore Loan Management Services LL,
            15480 Laguna Canyon Road,   Suite 100,   Irvine, CA  92618-2132
14118761   +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
14118760   +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
14118762   +Bucks Co Drs,   30 E Court St,   Doylestown, PA 18901-4319
14118765   +Convergent Outsourcing, Inc,   Po Box 9004,   Renton, WA 98057-9004
14121251   +DAVID I. GRUNFELD, ESQUIRE,   Attorney for Creditor, Law Offices of,
            Carol E. Cardonick, P.C.,   Astor Weiss Kaplan & Mandel, LLC,
            200 South Broad Street, Suite 600,   Philadelphia, PA 19102-3813
14118768   +First Premier Bank,   Po Box 5524,   Sioux Falls, SD 57117-5524
14118769   +Mid America Bk/total C,   5109 S Broadband Ln,   Sioux Falls, SD 57108-2208
14118771   +Pennsylvania Department of Revenue,   1 Revenue Place,   Harrisburg, PA 17129-0001
14118772   +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
14203004   +Sarah K. McCaffery, Esquire,   Richard M. Squire & Associates, LLC,
            Wilmington Savings Fund Society,   115 West Avenue, Suite 104,   Jenkintown, PA 19046-2031
14118774   +State of New Jersey,   Department of Treasury - Division of Tax,   2 Riverside Drive, Suite 200,
            Camden, NJ 08103-1013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Oct 12 2018 02:18:23   City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2018 02:18:10
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2018 02:18:22   U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14118763   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 12 2018 02:24:25   Capital One,
            Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14118764   +E-mail/Text: bkr@cardworks.com Oct 12 2018 02:18:03   Cardworks/CW Nexus,   Attn: Bankruptcy,
            Po Box 9201,   Old Bethpage, NY 11804-9001
14118767   +E-mail/Text: bankruptcy.bnc@ditech.com Oct 12 2018 02:18:07   Ditech,   Attn: Bankruptcy,
            Po Box 6172,   Rapid City, SD 57709-6172
14118766    E-mail/Text: cio.bncmail@irs.gov Oct 12 2018 02:18:06   Department of Treasury,
            Internal Revenue Service,   Fresno, CA 93888
14118770   +E-mail/Text: Bankruptcies@nragroup.com Oct 12 2018 02:18:30   National Recovery Agency,
            2491 Paxton St,   Harrisburg, PA 17111-1036
14118773   +E-mail/Text: bankruptcy@sw-credit.com Oct 12 2018 02:18:17   Southwest Credit Systems,
            4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14118775   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 12 2018 02:18:04
            Verizon,   Attn: Wireless Bankruptcy Admin,   500 Technology Dr Ste 500,
            Weldon Springs, MO 63304-2225
                                                                            TOTAL: 10
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: CarolP          Page 2 of 2          Date Rcvd: Oct 11, 2018
                             Form ID: pdf900        Total Noticed: 24

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          BONNIE B. FINKEL    finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          DAVID I. GRUNFELD    on behalf of Creditor   Law Offices of Carol E. Cardonick, P.C.
          dgrunfeld@astorweiss.com,  jcrismond@astorweiss.com
          DEMETRI A. BRAYNIN    on behalf of Debtor Ender  Ozturk dbraynin@starfieldsmith.com
          REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          SARAH K. MCCAFFERY    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
          smccaffery@squirelaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                              TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :          Chapter 7
                                                          :
Ender Ozturk                                              :
                                                          :
                    Debtor(s).                            :          Bankruptcy No.  18-13772-JKF

### ORDER DISMISSING CASE

AND NOW, this *18th* day of *October*, 2018, the Court having conducted a

hearing with respect to its Order to Show Cause Why Case Should Not Be Dismissed in the

above-captioned Chapter 7 case for failing to appear at two scheduled Meetings of Creditors,

it is hereby

ORDERED that this case is dismissed.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee